Christian De Olivas
CalBarNo. 249608
De Olivas Law Firm, APLC
200 N. Bradford Ave., Suite L
Placentia, CA 92870
Telephone: (714) 646-3314
Facsimile: (714) 646-3721

**FILED**

JAN 1 0 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) Case No: 307-mj-02893-BLM-1
 )
 Plaintiff, ) **SUBSTITUTION OF ATTORNEY**
 )
vs. )
 )
Jose Rosas-Mancilla )
 )
 Defendant )
 )

JOSE DE JESUS ROSAS-MANCILLA hereby substitutes attorney CHRISTIAN DE OLIVAS, from the DE OLIVAS LAW FIRM, APLC, located at 200 N. Bradford Avenue, Suite L, Placentia, CA 92870, with telephone number, (714) 646-3314, as attorney of record in place and stead of attorney, DONALD A NUNN

DATED: X 12-23-07                    X _____
                                      DEFENDANT
                                      Jose De Jesus Rosas
                                      Mancilla

I consent to the above substitution.

DATED: 1/7/08                        _____
                                      Donald O Nunn
                                      PRESENT ATTORNEY

307-mj-02893-BLM-1

//

I am duly admitted to practice in this district.

I accept the above substitution.

DATED  12-27-07  _____

NEW ATTORNEY

Please check one: ___✓___ RETAINED, or _____ APPOINTED BY THE COURT.

DATED. 1/10/08   APPROVED: _____

UNITED STATES DISTRICT COURT MAGISTRATE

2   307-mj-02893-BLM-1