FILED

08 JUL -7 PM 3:33

CLERK, U.S. DISTRICT...
SOUTHERN DISTRICT OF CAL...

BY: ECL    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>JOSE DE JESUS ROSAS-MANCILLA,<br><br>            Defendant. | CASE NO. 08CR00107-001-JM<br><br>O R D E R |

Pursuant to a written request from the United States Probation Office, the sentencing date presently set for September 5, 2008 is vacated and reset to November 7, 2008 at 9:00 a.m.

If the defendant is on bond, defense counsel is to file an acknowledgment of the next court date by the defendant within a week of receipt of this order.

DATED: 7/7/08

Jeffrey T. Miller
U.S. District Judge

cc: all counsel of record

/mjh