|     |     |
| --- | --- |
| 1   |     |
| 2   |     |
| 3   |     |
| 4   |     |
| 5   |     |
| 6   |     |
| 7   |     |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE JEFFREY T. MILLER)

| UNITED STATES OF AMERICA, | ) | Criminal No. 08 CR 0107 JM |
| --- | --- | --- |
|  | ) |  |
| Plaintiff, | ) | ORDER TO CONTINUE |
|  | ) | SENTENCING |
| v. | ) |  |
|  | ) |  |
|  | ) |  |
| JOSE ROSAS-MANCILLA, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
| _____ | ) |  |

Upon the joint motion of the parties (Docket No. 38), and good cause appearing, the sentencing hearing presently set for December 12, 2008, is hereby continued to ***January 23, 2009, at 9:00 a.m.***

IT IS SO ORDERED.

DATED: December 10, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge